**RIMAC & MARTIN**
A Professional Corporation
ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  (415) 561-8440
Facsimile:   (415) 561-8430

Attorneys for Plaintiff
HOMETEAM PEST DEFENSE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMETEAM PEST DEFENSE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL GREEN, STEPHEN ARTHUR ADAMS, ANNA NICOLE ADAMS and PROBLEM SOLVED PEST CONTROL,<br><br>        Defendant. | **CASE NO.** 2:09-cv-00874-JAM-EFB<br><br>**ORDER PERMITTING PLAINTIFF TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>[FRCP Rule 26 & Civil Local Rule 39-141]<br><br>Date:        October 21, 2009<br>Time:       9:00 a.m.<br>Department:  Courtroom 6<br><br>The Honorable John A. Mendez |

1  Upon consideration of plaintiff HOMETEAM PEST DEFENSE, INC. ("HomeTeam") to
2 File Under Seal the Exhibits attached to the Declaration of Eric Chavez , and having reviewed
3 the moving papers of Plaintiff, as well as the papers on file in this action, the Court orders as
4 follows:
5  IT IS HEREBY ORDERED that all of the Exhibits attached to the Declaration of Eric
6 Chavez  shall be filed under seal with this Court.
7  IT IS SO ORDERED.

8

9 DATED:   09/28/2009                    /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
10

11

12

13 Submitted Respectfully By:

14 RIMAC & MARTIN, P.C.

15

16   /s/William Reilly
   By: William Reilly
17