| | |
|---|---|
| 1 | **RIMAC MARTIN** |
| 2 | A Professional Corporation<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | WILLIAM REILLY - State Bar No. 177550<br>1051 Divisadero Street |
| 4 | San Francisco, CA 94115<br>Telephone:  (415) 561-8440 |
| 5 | Facsimile:   (415) 561-8430 |
| 6 | Attorneys for Plaintiff<br>HOMETEAM PEST DEFENSE, INC. |
| 7 | James R. McDade |
| 8 | **Triebsch & Frampton**<br>300 North Palm Street |
| 9 | Turlock, CA 95380<br>209-667-2300 |
| 10 | 209-667-2357 (fax) |
| 11 | Attorneys for Defendant<br>MICHAEL GREEN |
| 12 | STEPHEN ARTHUR ADAMS |
| 13 | ANNA NICOLE ADAMS<br>1400 North 9th St. Suite 20 |
| 14 | Modesto, CA 95350<br>209-526-5600 |
| 15 | 209-526-5005 (fax) |
| 16 | Defendants in pro per |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| HOMETEAM PEST DEFENSE, INC., | ) |
| Plaintiff, | ) **CASE NO.** 2:09-cv-00874-JAM-KJN |
| vs. | ) **STIPULATION OF DISMISSAL;**<br>) **ORDER** |
| MICHAEL GREEN, STEPHEN ARTHUR ADAMS, ANNA NICOLE ADAMS and PROBLEM SOLVED PEST CONTROL, | ) |
| Defendant. | ) |

-1-

**STIPULATION OF DISMISSAL**      CASE NO. 2:09-cv-00874-JAM-EFB

IT IS HEREBY STIPULATED by and between the plaintiff HOMETEAM PEST DEFENSE, INC and defendants MICHAEL GREEN, STEPHEN ARTHUR ADAMS, ANNA NICOLE ADAMS and PROBLEM SOLVED PEST CONTROL, through their respective counsel of record or by themselves if not represented, pursuant to the Federal Rules of Civil Procedure, Rule 41, that the action is dismissed with prejudice except for the Court's ongoing jurisdiction to enforce the permanent injunction issued by the Court herein on December 16, 2009 which remains in full force and effect.

Each party shall bear its own costs and attorneys' fees in this action.

**SO STIPULATED.**

DATED: July 28, 2010

RIMAC MARTIN
A Professional Corporation

By: /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Plaintiff
HOMETEAM PEST DEFENSE, INC.

DATED: July 28, 2010

Triebsch & Frampton

By: /s/ **JAMES R. MCDADE**
James R. McDade
Attorneys for Defendant
MICHAEL GREEN

DATED: July 28, 2010

By: /s/ **STEPHEN A. ADAMS**
Defendant STEPHEN ARTHUR ADAMS

DATED: July 28, 2010

By: /s/ **ANNA N. ADAMS**
Defendant ANNA NICOLE ADAMS

**ORDER**

**IT IS SO ORDERED.**

DATED: July 28, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge